**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000788**
**11-MAR-2025**
**08:03 AM**
**Dkt. 37 OAWST**

NO. CAAP-24-0000788

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

GREG SCHER, Plaintiff-Appellant, v.
WOODLAWN TERRACE AOAO, an entity;
HUAKAI MANAGEMENT, an entity; DONALD GARWOOD, an individual;
NICHOLAS H.M. AU, an individual;
DYNAMIC PROPERTY MANAGEMENT, an entity;
AARON SUMIYE, individual, by and through
LIONEL LUN, defendant-owner, Defendants/Cross-claimants/
Cross-claim Defendants-Appellees, and
LIONEL LUN, defendant-owner, an individual,
Defendant/Cross-Claimant/Cross-Claim Defendant-Appellee,
and OHANA 4 SERVICES, LLC, Defendant/Cross-Claimant/Cross-Claim
Defendant-Appellee, and SITE MANAGEMENT SERVICES, an entity,
Defendant/Cross-Claim Defendant-Appellee, and MICHELLE TA'AN,
an individual, Defendant-Appellee, and ANGEL'S SITE MANAGEMENT,
LLC, an entity, Defendant-Appellee, and SAMANTHA MARIA,
an individual, Defendant/Cross-Claim Defendant-Appellee,
and JOHN & JANE DOES 1 through 10, et al.,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-24-0000152)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, McCullen and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal of
All Claims and Parties with Prejudice (Stipulation), filed
March 6, 2025, by Defendants-Appellees Woodlawn Terrace AOAO,
Huakai Management, Dynamic Property Management, Donald Garwood,
Nicholas H.M. Au, and Aaron Sumiye, the papers in support, and
the record, it appears that (1) the appeal has been docketed;
(2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the
parties stipulate to dismiss the appeal with prejudice and bear

their own attorneys' fees and costs; and (3) the Stipulation is signed by all appearing parties, whether self-represented or through counsel.  Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawaiʻi, March 11, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge